**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**HERMAN LEE SMITH,**

**Plaintiff,**

**v.** **Case No. 4:26-cv-554-TKW-MAF**

**DEPARTENT OF CORRECTIONS** and **C. HEISS,**

**Defendants**.
_______________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3) and Plaintiff's "Motion to Object" (Doc. 4). Upon de novo review of the issues raised in the objection,[1] the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §1915(g) because Plaintiff did not pay the filing fee, he is not authorized to proceed in forma pauperis since he has "three strikes," and the complaint does not allege that he is "under imminent danger of serious physical injury." Accordingly, it is

[1] The objection focuses on the perceived merits of Plaintiff's claims, not the issue decided by the magistrate judge—i.e., that Plaintiff is a "three-striker" whose claims do not fall within the "imminent danger" exception to §1915(g). The objection also argues that the dismissal of this case without considering the merits violates Plaintiff's due process rights, but that argument is meritless because the Eleventh Circuit has held that that "§1915(g) does not violate a prisoner's right of access to the courts or due process rights." *Wright v. Sprayberry*, 817 F. App'x 725, 728 (11th Cir. 2020) (citing *Rivera v. Allin,* 144 F.3d 719, 732 (11th Cir.1998)).

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. This case is DISMISSED without prejudice under 28 U.S.C. §1915(g).

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 6th day of November, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**